# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3082

_____

United States of America

*Plaintiff - Appellee*

v.

Connie M. Gonzales

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: April 3, 2024
Filed: April 8, 2024
[Unpublished]

_____

Before SMITH, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Connie Gonzales appeals the sentence the district court[1] imposed after she pled guilty to drug offenses pursuant to a plea agreement containing an appeal waiver. Her

---

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging a sentencing enhancement.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing appeal waiver if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Further, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw and dismiss this appeal.

_____